**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 158 MAL 2019

                Respondent    :

                              :    Petition for Allowance of Appeal from

              v.                     :    the Order of the Superior Court

DALE ROBERT STONEROAD,       :

                Petitioner    :

## ORDER

**PER CURIAM**

       **AND NOW**, this 14th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.